UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Peter T. Loftin,

        Plaintiff(s),                  02 Civ. 3400 (CM) (PED)

    -against-

                                  CALENDAR NOTICE

Andres Bande, et al.,
        Defendant(s).
------------------------------------------------------X

    Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ✓ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, September 17, 2009 at 11:00 a.m.** in Courtroom 620, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: August 6, 2009
       New York, New York

So Ordered

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09